1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration

4  LESLIE ALEXANDER (CSBN 256624)
   Special Assistant United States Attorney
5         333 Market Street, Suite 1500
          San Francisco, CA 94105
6         Telephone: (415) 977-8927
          Facsimile: (415) 744-0134
7         e-mail: Leslie.Alexander@ssa.gov

8
   Attorneys for Defendant
9  Commissioner of Social Security

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                            FRESNO DIVISION

13 | JACQUELINE SCOTT,              )   NO. 1:10-cv-01418 SMS
                                    )
14 |         Plaintiff,              )   STIPULATION AND ORDER FOR
                                    )   EXTENSION OF TIME
15 |    v.                           )
                                    )
16 | MICHAEL J. ASTRUE,             )
     Commissioner of                )
17 | Social Security,                )
                                    )
18 |         Defendant.              )
     _____ )
19

20
        The parties, through their undersigned counsel, stipulate that Defendant shall have an
21
   extension of time of 30 days to serve on Plaintiff a response to Plaintiff's confidential letter brief.
22
   Subject to the approval of the Court, the new due date for Defendant's response will be
23
   March 24, 2011, and the Court's Scheduling Order shall be modified accordingly.  This extension
24
   is requested because Defendant's counsel needs additional time to review the issues raised in
25
   Plaintiff's confidential letter brief.
26

27

28
                                            1

DATE: 2/24/11					Respectfully submitted,

						BENJAMIN B. WAGNER
						United States Attorney
						LUCILLE GONZALES MEIS
						Regional Chief Counsel, Region IX
						Social Security Administration

					By:	/s/ *Leslie Alexander*
						LESLIE ALEXANDER
						Special Assistant United States Attorney

						Attorneys for Defendant

DATED: 2/24/11				By:	/s/ *Denise Bourgeois Haley*
						[*authorized via electronic mail on 2/24/11*]
						DENISE BOURGEOIS HALEY
						Attorney at Law

						Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including March 24, 2011, to respond to Plaintiff's confidential letter brief.


Dated:   February 24, 2011		          /s/ Sandra M. Snyder
					UNITED STATES MAGISTRATE JUDGE