BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LESLIE ALEXANDER (CSBN 256624)
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8927
    Facsimile:  (415) 744-0134
    E-Mail: Leslie.Alexander@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JACQUELINE SCOTT,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:10-CV-01418-SMS<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following actions:

1. Further consider Plaintiff's physical impairments;

2. Further consider all medical opinions in the record;

3. Further consider the credibility of Plaintiff's subjective complaints;

4. Further consider Plaintiff's residual functional capacity; and

5. Obtain supplemental evidence from a vocational expert, if warranted.

The parties stipulate that no specific aspect of the ALJ's prior decision is affirmed.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.  Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

                                                Respectfully submitted,

Date: March 21, 2011             *s/ Denise Bourgeois Haley*
                                                (As authorized by email)
                                                DENISE BOURGEOIS HALEY
                                                Attorney for Plaintiff

Date: March 21, 2011             BENJAMIN B. WAGNER
                                                United States Attorney

                                               By *s/ Leslie Alexander*
                                                LESLIE ALEXANDER
                                                Special Assistant U. S. Attorney

                                               Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

**Dated:   March 22, 2011**             /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE