DENISE BOURGEOIS HALEY
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jacqueline Scott

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACQUELINE SCOTT,<br><br>       Plaintiff,<br><br>       vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>       Defendant | Case No.: 1:10-cv-01418 SMS<br><br>AMENDED ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) ; and ORDER STRIKING DOCUMENT #20. |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,400.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation. The EAJA Order at Docket 20 dated June 16, 2011 is Striken.


IT IS SO ORDERED.

Dated:  June 7, 2011            /s/ Sandra M. Snyder

                               UNITED STATES MAGISTRATE JUDGE

-1-